1
2
3
4       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
5                   AT TACOMA
6
7  MILES D. PARKISON,
8                        Petitioner,     No. C12-6060 BHS/KLS
9        v.                              ORDER GRANTING MOTION TO
   ROBERT HERZOG,                        PROCEED IN FORMA PAUPERIS
10
11                       Respondent.
12
         Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is
13
   **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.
14
         The Clerk is directed to mail a copy of this Order to Petitioner.
15
         **DATED** this 18th day of December, 2012.
16
17
18
                                          Karen L. Strombom
19                                        United States Magistrate Judge
20
21
22
23
24
25
26

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1